**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SERGE RODRIGUE, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, and LOWE'S COMPANIES, INC.,<br><br>Defendants. | X<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>X | Civil Action No. 1:20-cv-01127-RPK-RLM |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL**
**<u>FACTS PURSUANT TO LOCAL CIVIL RULE 56.1</u>**

Defendants Lowe's Home Centers, LLC and Lowe's Companies, Inc., by and through their attorneys, Seyfarth Shaw LLP, respectfully submit this statement of undisputed material facts in support of their motion for summary judgment.

**<u>The Authorization</u>**

1. In February 1999, Lowe's Companies, Inc. submitted an application requesting that the New York Department of Labor permit Lowe's Home Centers, Inc. to pay manual workers on a biweekly basis. Per the New York State Department of Labor's request, the application detailed that Lowe's Home Centers, Inc. has been a New York employer since September 1996 and has averaged at least 1,000 employees in the State of New York during the previous twelve months. The application specifically stated that the company's payroll in New York State as of January 29, 1999 included 1,174 and the average number of employees outside of the State of New York during the prior three years had been 55,389. The application also identified the companies that provided workers' compensation and disability coverage for

Lowe's Home Centers, Inc. The application further stated that the company has a computerized recordkeeping system for payroll and none of the manual workers in New York State are represented by a labor organization. Lowe's also submitted letters from the New York State Department of Taxation and Finance, and New York State Department of Labor Unemployment Insurance Division, certifying that there existed no outstanding warrants against Lowe's Home Centers, Inc. Wexler Decl. Ex. O at DEFS 469-476.[1]

2. On April 6, 1999, the New York State Department of Labor, through the Commissioner of Labor, granted authorization to Lowe's Home Centers, Inc. to pay wages to manual workers employed in New York State on a biweekly basis. Wexler Decl. Ex. B at DEFS 1.

**Lowe's Companies, Inc.**

3. Lowe's Companies, Inc. is incorporated under the laws of the State of North Carolina and is headquartered in Mooresville, North Carolina.

4. Lowe's Companies, Inc. is a publicly traded company on the New York Stock Exchange.

5. Lowe's Companies, Inc. was the sole parent company of Lowe's Home Centers, Inc.

6. Lowe's Companies, Inc. is the parent company and sole member of Lowe's Home Centers, LLC.

---

[1] Copies of all deposition testimony and exhibits cited herein are annexed to the accompanying Declaration of Howard M. Wexler, Esq. ("Wexler Decl."). The deposition transcript of David Green is annexed as Ex. A to the Wexler Decl. and is cited herein as "Green Dep."

**Lowe's Home Centers, Inc.**

7. Lowe's Home Centers, Inc. was incorporated under the laws of the State of North Carolina.

8. Lowe's Home Centers, Inc.'s federal employer identification number ("FEIN") was 56-0748358. Wexler Decl. Ex. H at DEFS 10.

9. Lowe's Home Centers, Inc.'s North Carolina Secretary of State corporate identification number was 0087619. Wexler Decl. Ex. D at DEFS 4.

10. Lowe's Home Centers, Inc.'s New York State unemployment insurance registration number was 61-516228. Wexler Decl. Ex. H at DEFS 10.

11. Lowe's Home Centers, Inc.'s insurance carrier identification number was 515506. Wexler Decl. Ex. H at DEFS 10.

12. Lowe's Home Centers, Inc.'s principal office street address and mailing address was at 1605 Curtis Bridge Road, Wilkesboro, North Carolina 28697. Wexler Decl. Ex. D at DEFS 4.

13. Lowe's Home Centers, Inc.'s principal office telephone number was (704) 758-1000. Wexler Decl. Ex. D at DEFS 4.

14. For fiscal year ending on January 31, 2013, Lowe's Home Centers, Inc.'s principal officers were Robert Niblock, Tiffany Mason, David Green, Ricky Damron, Gaither Keener, Cynthia Reins and Gary Gross. Wexler Decl. Ex. D at DEFS 4-5.

**Lowe's Home Centers, Inc. Conversion to Lowe's Home Centers, LLC**

15. Effective October 1, 2013, Lowe's Companies, Inc., as the sole shareholder of Lowe's Home Centers, Inc., approved the conversion of Lowe's Home Centers, Inc. to a North Carolina limited liability company. Wexler Decl. Ex. L at DEFS 23-24.

16. On October 29, 2013, Articles of Organization Including Articles of Conversion was filed with the State of North Carolina Department of the Secretary of State regarding Lowe's Home Centers, Inc.'s conversion to Lowe's Home Centers, LLC. Wexler Decl. Ex. C at DEFS 2-3.

17. Effective November 1, 2013, Lowe's Home Centers, Inc. converted its business form to a limited liability company, resulting in Lowe's Home Centers, LLC. Wexler Decl. Ex. C at DEFS 2-3; Green Dep. 9:6-7.

18. On November 4, 2013, the North Carolina Department of the Secretary of State issued a Certificate of Existence, certifying that Lowe's Home Centers, LLC "is a limited liability company duly formed under the laws of the State of North Carolina, having been formed on the 13th day of October, 1958, with its period of duration being Perpetual." Wexler Decl. Ex. J at DEFS 18.

19. Lowe's Home Centers, LLC was formed on October 13, 1958 as Lowe's Investment Company. Green Dep. 9:8-10.

20. In November 2013, Lowe's Home Centers, LLC submitted its Application for Authority to the New York State Department of State, which included its Certificate of Existence issued by the North Carolina Department of the Secretary of State. The New York State Department of State, Division of Corporations and State Records provided Lowe's Home Centers, LLC with its Certificate of Authority. Wexler Decl. Ex. J at DEFS 14-19.

21. Lowe's Home Centers, LLC is headquartered in the State of North Carolina.

22. Lowe's Home Centers, LLC is a limited liability company organized under the laws of North Carolina.

23. Lowe's Home Centers, LLC's FEIN is 56-0748358. Wexler Decl. Ex. G at DEFS 9.

24. Lowe's Home Centers, LLC's North Carolina Secretary of State identification number is 0087619. Wexler Decl. Ex. F at DEFS 8.

25. Lowe's Home Centers, LLC's New York State unemployment insurance registration number is 61-516228. Wexler Decl. Ex. G at DEFS 9.

26. Lowe's Home Centers, LLC's insurance carrier identification number is 515506. Wexler Decl. Ex. G at DEFS 9.

27. In 2013 and 2014, Lowe's Home Centers, LLC's principal office was located at 1605 Curtis Bridge Road, Wilkesboro, North Carolina 28697. Wexler Decl. Ex. C at DEFS 3; Wexler Decl. Ex. F at DEFS 8.

28. Lowe's Home Centers, LLC's mailing address is 1000 Lowe's Blvd., Mooresville, North Carolina 28117. Wexler Decl. Ex. C at DEFS 3; Wexler Decl. Ex. F at DEFS 8.

29. In 2020, Lowe's Home Centers, LLC's principal office telephone number was (704) 758-1000. Wexler Decl. Ex. E at DEFS 6.

30. In November 2013, Defendants submitted Form 8832 to the Internal Revenue Service to update Lowe's Home Centers, LLC's entity classification election. Wexler Decl. Ex. M at DEFS 30-33.

31. In 2014, Lowe's Home Centers, LLC's officials were Robert Niblock, Tiffany Mason, David Green, Ricky Damron, Gaither Keener, and Gary Gross. Wexler Decl. Ex. F at DEFS 8.

32. In 2020, Lowe's Home Centers, LLC's officials were David Green, Beth McDonald, and Brandon Sink. Wexler Decl. Ex. E at DEFS 6.

33. In May 2014, Lowe's Companies, Inc. notified the New York State Department of Labor, the agency that granted Lowe's the waiver to pay manual workers on bi-weekly basis, that "Lowe's Home Centers, Inc. (FEIN: 56-0748358) underwent a conversion to a Limited Liability Company under the laws of North Carolina," provided the Certificate of Authority, and advised that the New York State Department of Taxation was previously notified of the conversion. Wexler Decl. Ex. K at DEFS 22.

34. Lowe's Companies, Inc. did not receive a response to the May 2014 correspondence. The New York State Department of Labor did not withdraw the April 1999 authorization to pay biweekly, nor did it direct Lowe's Home Centers, LLC to re-apply for permission to pay biweekly. Green Dep. 17:21-18:3.

35. In 2015, Lowe's Home Centers, LLC submitted a Business Tax Account Update to the New York State Department of Taxation and Finance explaining that Lowe's Home Centers, Inc. "converted to an LLC with the same [federal employer identification number] already filed with [the Secretary of State.]" Wexler Decl. Ex. I at DEFS 11-13.

36. All jurisdictions in which Lowe's Home Centers, LLC operated were made aware of the conversion. Green Dep. 25:19-26:6; Wexler Decl. Ex. J at DEFS 14-21; Wexler Decl. Ex. K at DEFS 22; Wexler Decl. Ex. N at DEFS 175-438.

37. The conversion "did not change anything associated with Lowe's Home Centers, Inc." As a result of the conversion, all of Lowe's Home Centers, Inc.'s assets and liabilities remained with Lowe's Home Centers, LLC, the store processes remained the same, the payroll processing remained the same, and the bank accounts remained the same. Green Dep. 17:7-18.

38. As a result of the conversion, both the FEIN and identification number from the North Carolina Secretary of State remained the same. Green Dep. 17:14-15.

**Lowe's Investment Corporation**

39. In October 1958, Lowe's Investment Corporation filed its Articles of Incorporation with the North Carolina Secretary of State. Wexler Decl. Ex. J at DEFS 20-21.

40. In 1989, Lowe's Investment Corporation changed its name to Lowe's Home Centers, Inc. Green Dep. 11:4-8.

41. Lowe's Investment Corporation, Lowe's Home Centers, Inc. and Lowe's Home Centers, LLC are the same entity, which was formed on October 13, 1958. Green Dep. 9:13-15.

Dated: April 4, 2022

SEYFARTH SHAW LLP

By: */s/ Howard M. Wexler*

Howard M. Wexler
620 Eighth Avenue, 32nd Fl.
New York, NY 10018
Tel: (212) 218-5500
Fax: (212) 218-5526
hwexler@seyfarth.com

*Attorneys for Defendants Lowe's Home Centers, LLC and Lowe's Companies, Inc.*