# EXHIBIT B



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

1. ABB Process Automation Inc.
   ISSUED 8/9/1990
2. Abercrombie & Fitch
   ISSUED 8/28/2008
3. ACC Operations, Inc.
   ISSUED 3/16/2005
4. ADP, Inc.
   ISSUED 5/26/1992
5. Advanced Meal Production LLC
   ISSUED 10/29/2018
6. American Airlines, Inc.
   ISSUED 4/15/2020
7. American Eagle Outfitters, Inc.
   ISSUED 6/12/2008
8. AMF Bowling Centers,Inc.
   ISSUED 12/3/1998
9. ASQ Payroll Inc.
   ISSUED 3/19/2003
10. Avon Products, Inc.
    ISSUED 1/21/1999
11. BAE Systems Controls, Inc.
    ISSUED 4/25/2013
12. Ballys Total Fitness Corporation
    ISSUED 6/13/1994
13. Banana Republic LLC
    ISSUED 3/22/2022



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

14. Bath & Body Works, LLC
    ISSUED 2/8/2022
15. Bausch & Lomb Inc.
    ISSUED 9/28/1994
16. Bed,Bath & Beyond, Inc.
    ISSUED 11/13/2018
17. Best Buy Co., Inc & LLC
    ISSUED 8/16/2009
18. Best Buy Stores, L.P.
    ISSUED 9/17/2021
19. Blink Holdings
    ISSUED 5/22/2019
20. Bon-Ton Department Stores Inc.
    ISSUED 9/20/2004
21. Borders, Inc.
    ISSUED 11/19/2008
22. Boston Market Corporation
    ISSUED 10/4/2004
23. Bristol-Myers Squibb Company
    ISSUED 12/8/1994
24. Bryant & Stratton College, Inc.
    ISSUED 8/16/2013
25. Burger King Corporation
    ISSUED 11/27/1989
26. Burns International Security Services
    ISSUED 3/26/1992



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

27. Cablevision Systems Corporation
    ISSUED 3/18/1991
28. Carrols Corporation
    ISSUED 10/27/1994
29. Chase Manhattan Bank,The
    ISSUED 7/7/1997
30. Chipotle Mexican Grill Co. LLC
    ISSUED 7/11/2011
31. Christmas Tree Shops
    ISSUED 5/17/2019
32. City Practice Group of New York, LLC
    ISSUED 11/20/2019
33. Coach, Inc.
    ISSUED 12/21/2016
34. Corning Incorporated
    ISSUED 8/25/2006
35. Costco Wholesale
    ISSUED 6/4/2020
36. Cummins Inc.
    ISSUED 7/25/2013
37. CVS Pharmacy, Inc.
    ISSUED 6/22/2011
38. Delta Air Lines, Inc.
    ISSUED 8/4/1992
39. Dollar Tree Stores, Inc.
    ISSUED 8/10/2011



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

40. Domino's Pizza LLC
   ISSUED 1/21/2004
41. Doyle Group, Inc., The
   ISSUED 9/26/1994
42. Du Pont Innografix
   ISSUED 12/10/1992
43. Du Pont Semiconductor Products, Inc.
   ISSUED 5/25/1990
44. Duane Reade
   ISSUED 3/25/2010
45. Eastman Kodak
   ISSUED 2/28/1990
46. Effective Security Systems, Inc.
   ISSUED 9/9/1999
47. ELRAC, Inc.
   ISSUED 8/8/2002
48. Endeavor Air
   ISSUED 5/7/2021
49. Enserch Corporation
   ISSUED 9/8/1993
50. Fay's Incorporated
   ISSUED 6/16/1997
51. Flagstar Companies, Inc. d/b/a Denny's
   ISSUED 7/7/1997
52. Forrest Solutions, Inc.
   ISSUED 8/9/2016



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

53 .  Friendly Ice Cream Corporation
ISSUED 11/27/1989

54 .  Gannett Co., Inc.
ISSUED 10/30/2001

55 .  Gannett Satellite Information Network, Inc.
ISSUED 4/21/2004

56 .  Gannett Suburban Newspapers
ISSUED 1/2/1996

57 .  Gap, Inc., The
ISSUED 10/12/1993

58 .  General Electric Company
ISSUED 10/31/2006

59 .  Genovese Drugs, Inc.
ISSUED 1/18/2000

60 .  GlaxoSmithKline
ISSUED 11/3/2009

61 .  GlobalFoundaries U.S. Inc.
ISSUED 1/12/2015

62 .  GlobalFoundries U.S. 2 LLC
ISSUED 3/22/2022

63 .  Government Employees Insurance Company (GEICO)
ISSUED 11/15/1999

64 .  GTE Telephone Operations
ISSUED 3/22/1994

65 .  Harris Corporation / RF Communications Div.
ISSUED 7/9/1997



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

66 . Health & Tennis Corporation of America
ISSUED 6/13/1994

67 . Home Health Care Services of New York, Inc.
ISSUED 6/10/2011

68 . Honeywell International, Inc.
ISSUED 4/11/2007

69 . Hook-SupeRx, Inc.
ISSUED 9/26/1994

70 . Hughes Training, Inc.
ISSUED 10/12/1995

71 . Hyatt Hotels and Resorts
ISSUED 12/20/1994

72 . IKON Office Solutions, Inc.
ISSUED 8/27/2001

73 . International Business Machines Corporation
ISSUED 8/14/1989

74 . ITT Corp.
ISSUED 11/18/2009

75 . J. C. Penney Company, Inc.
ISSUED 2/19/1993

76 . J. P. Morgan and Company, Inc.
ISSUED 11/22/1989

77 . Jo-Ann Stores, LLC
ISSUED 9/17/2021

78 . KB Toys Retail, Inc.
ISSUED 8/6/2008



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

79. Kraft General Foods, Inc.
    ISSUED 10/20/1994

80. Life Quality Home Care, Inc.
    ISSUED 5/24/2019

81. Lowe's Home Centers, Inc.
    ISSUED 4/6/1999

82. Lufthansa
    ISSUED 8/28/2008

83. McCrory Corporation D.I.P.
    ISSUED 8/8/1994

84. McCurdy & Company
    ISSUED 5/22/1991

85. McGraw-Hill Companies, The
    ISSUED 5/23/2000

86. Michael Stores, Inc.
    ISSUED 11/24/2021

87. Mobil Chemical Company
    ISSUED 11/7/1991

88. Mobil Oil Corporation
    ISSUED 10/19/1993

89. Motorola, Inc.
    ISSUED 11/9/1998

90. Nature's Bounty
    ISSUED 4/4/2019

91. New York & Company (Lerner)
    ISSUED 5/15/2019



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

92. New York Life Insurance Company
    ISSUED 10/27/1994
93. Nomura Holding America Inc.
    ISSUED 10/2/2008
94. Nordstrom Inc.
    ISSUED 6/12/2015
95. NYSE/Euronext
    ISSUED 6/14/2010
96. Old Navy LLC
    ISSUED 3/22/2022
97. OneSource Facility Services, Inc.
    ISSUED 4/13/2001
98. Ortho Clinical Diagnostics, Inc.
    ISSUED 4/14/2015
99. Ottaway Newspapers, Inc.
    ISSUED 6/14/1995
100. Pactiv Corporation
     ISSUED 7/30/2010
101. Pall Corporation
     ISSUED 5/3/2004
102. Panera LLC
     ISSUED 3/16/2010
103. Paragon Communications, Northeast Division
     ISSUED 6/16/1994
104. Party City Corporation
     ISSUED 11/16/2017



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

105. Payroll Store, The
ISSUED 8/3/1998

106. Philips Semiconductor Manufacturing, Inc.
ISSUED 12/6/2001

107. Pinkerton's Inc.
ISSUED 5/10/1990

108. PriceCosto, Inc. d/b/a Price Club
ISSUED 6/27/1994

109. Prime Automotive Group, Inc.
ISSUED 8/21/2019

110. Quad/Graphics, Inc.
ISSUED 5/22/1995

111. Regeneron Pharmaceuticals, Inc.
ISSUED 10/1/2021

112. Rochester Gas and Electric Corporation
ISSUED 5/31/1994

113. Sanmina-SCI Corporation
ISSUED 9/23/2002

114. Sarah Lee Corporation
ISSUED 3/29/1995

115. Sears,Roebuck and Co.
ISSUED 5/19/1999

116. Simpson Thacher & Bartlett
ISSUED 9/27/1993

117. SNORAC, LLC. d/b/a Enterprise Rent-A-Car
ISSUED 3/27/2018



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

118. Southern Wine & Spirits of America, Inc.
    ISSUED 6/6/1995

119. Staffworks
    ISSUED 10/14/2009

120. Sugarcreek Corporation
    ISSUED 3/31/1993

121. Target Corporation
    ISSUED 1/21/2004

122. Temco Service Industries, Inc.
    ISSUED 3/22/2010

123. Tenneco Plastics Inc.
    ISSUED 4/6/1999

124. TGI Friday's Inc.
    ISSUED 12/21/1993

125. The Gap, Inc.
    ISSUED 3/22/2022

126. The Pep Boys - Manny, Moe & Jack of Delaware, Inc.
    ISSUED 10/23/2008

127. Thomson Legal Publishing Inc.
    ISSUED 9/27/1993

128. TL Restaurants d.b.a. Denny's
    ISSUED 6/18/2009

129. Top Line Restaurants, Inc
    ISSUED 6/11/2009

130. Toshiba Display Devices Inc.
    ISSUED 1/11/1991



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

131. Toys R Us, Delaware, Inc T/A Toys R Us
ISSUED 9/4/2008

132. Tractor Supply Co.
ISSUED 9/17/2019

133. Trader Joe's Company
ISSUED 12/8/2009

134. Ulta Salon, Cosmetics & Fragrances, Inc.
ISSUED 7/16/2018

135. United Artists Theatre Circuit, Inc.
ISSUED 11/23/1998

136. United Staffing, Inc.
ISSUED 12/10/1992

137. USAir Inc. (US Airways)
ISSUED 9/17/1992

138. Veolia Transportation, Inc.
ISSUED 1/28/2014

139. Victoria's Secret
ISSUED 1/7/2021

140. Victoria's Secret Stores, Inc.
ISSUED 1/7/2021

141. Walgreen Eastern Co., Inc.
PENDING, (received 11/15/2021)

142. Walgreen Pharmacy Services Midwest LLC
PENDING, (received 11/15/2021)

143. Wal-Mart Stores, Inc.
ISSUED 9/30/1993



Employers authorized to pay manual employees in New York State on a biweekly basis pursuant to New York State Labor Law Section 191.1a(ii).

Currently Registered with the NYS Dept. of Labor as of 3/28/2022

144. Welch Allyn, Inc.
ISSUED 1/12/2011

145. Wendy's International, LLC
ISSUED 2/6/1996

146. Whole Foods Markets Group
ISSUED 4/27/2012

147. Woolworth Corporation
ISSUED 2/6/1990

148. Worldwide Flight Services
ISSUED 12/14/2009

149. Xpedx
ISSUED 9/6/2001

150. Zara USA, Inc.
ISSUED 9/23/2021