UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SERGE RODRIGUE, individually and on behalf
of all others similarly situated,

        Plaintiff,                                      JUDGMENT
                                                        20-CV-1127 (RPK) (PK)

        -against-

LOWE'S HOME CENTERS, LLC; LOWE'S
COMPANIES, INC.,

        Defendants.
------------------------------------------------------------ X

        A Memorandum and Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on February 17, 2023, granting Defendants' motion for summary judgment; it is

        ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted.

Dated: Brooklyn, NY                                                    Brenna B. Mahoney
         February 21, 2023                                          Clerk of Court

                                                                        By: */s/Jalitza Poveda*
                                                                            Deputy Clerk